ACCEPTED
01-15-00017-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 12:52:49 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00017-CV

In the Court of Appeals
First District of Texas at Houston

—————————————————————————————————

*In re M.D. Mark, Inc.*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 12:52:49 PM
CHRISTOPHER A. PRINE
Clerk

_____

_____

Petition for Writ of Mandamus
190th District Court Harris County, Texas
Trial Court Cause No. 2014-34393

_____

### RELATOR'S MOTION TO DISMISS PETITION FOR WRIT OF MANDAMUS

_____

TO THE HONORABLE COURT OF APPEALS:

M.D. MARK, INC., Relator asks the Court to dismiss this Relator's Petition for Writ of Mandamus.

1. On January 8, 2015, Relator filed its Petition for Writ of Mandamus challenging the trial court's order denying the motion to appear pro hac vice of Dan Bonifazi.

2. On January 13, 2015, the trial court held a status conference and with no objection from the real parties in interest signed an order granting the motion to appear pro hac vice.

1

3.     Relator does not want to proceed with the Petition for Writ of Mandamus and requests that the petition be dismissed with all costs assessed against the party incurring the same.

Respectfully submitted,

DUNN, NEAL & GERGER, L.L.P.

By: __*/s/ James A. Dunn*_____
        James A. Dunn
        Texas Bar No. 06244800
        3006 Brazos Street
        Houston, Texas 77006
        Tel.: (713) 403-7405
        Fax.: (713) 960- 0204
        Email: jdunn@dnglegal.com
        Attorney for Relator

## **CERTIFICATE OF CONFERENCE**

I certify that on January 13, 2015, the issue of the dismissal of the petition for writ of mandamus was discussed with counsel for the real parties in interest, Thomas Lillard, who indicated he was not opposed.

___*/s/ James A. Dunn*_____
James A. Dunn

## **CERTIFICATE OF SERVICE**

I certify that on January 14, 2015, I served a copy of this instrument to Thomas F. Lillard, counsel for Defendants, via the electronic service manager in accordance with the Texas Rules of Civil Procedure.

___*/s/ James A. Dunn*_____
James A. Dunn

2